# Order

Michigan Supreme Court
Lansing, Michigan

November 25, 2013

147775 & (28)(33)(34)(35)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROBERT NATHANIEL REEVES,
     Defendant-Appellant.

SC: 147775
COA: 313662
Oakland CC: 2007-215044-FH

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 10, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The expedited motion to dismiss, motion for appointment of an investigator, and motion for summary judgment are DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

h1118